IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK ENSLEY,

        Plaintiffs,

vs.                               Civ. No. 07-0208 CLH/LCS

NEW MEXICO BEHAVIORAL
HEALTH INSTITUTE AT LAS VEGAS,

        Defendant.

## ORDER

**THIS MATTER** is before the Court on Plaintiff's response to the Court's Order to Show Cause. (Doc. 5.) The Court finds that the Order to Show Cause should be **QUASHED** and the Magistrate Judge's Proposed Findings and Recommended Disposition should be **WITHDRAWN.**

The Court has taken steps to ensure that a copy of the summons and complaint is served on Defendant. Plaintiff is reminded that it is his responsibility to adhere to the federal and local rules of this court at all stages of litigation.

_____
LESLIE C. SMITH
UNITED STATES MAGISTRATE JUDGE